DOCKET# 37
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JAN 29 2008

FILED/
THERESA M. OWENS, CLERK
CASE#

# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

EDWIN GONZALES,

Plaintiff,

v.

DR. BOB BREVARD,
NURSE SUE WARD and
NURSE STEVE HELGERSON,

Defendants.

## JUDGMENT IN A CIVIL CASE

Case No.: 07-cv-00144-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendants.**

THERESA M. OWENS

Theresa M. Owens, Clerk

S. Vogel

by Deputy Clerk

1/29/08

Date

Copy of this document has been provided to: Plaintiff

this 28 day of Jan 2008

by S. Vogel

S. Vogel, Secretary to
Judge Barbara B. Crabb